**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: OTHER                    :  No. 43 EM 2023
                                         :
                                         :

PETITION OF: AISHA BRADLEY     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August , 2023, a Rule having been issued upon Petitioner Aisha Bradley on July 27, 2023, it is hereby ORDERED that the Rule is made absolute.

    The Court will entertain no other *pro se* filings from Petitioner relative to any matters concerning Patricia Simon, including, but not limited to, the matter docketed at CP-51-MD-0003368-2021. The Prothonotary is DIRECTED to decline to docket any other such filings that may be submitted to this Court in the future.

    Jurisdiction is RELINQUISHED.